HASTORF v. HUDSON RIVER STONE SUPPLY CO. et al. (Circuit Court of Appeals, Second Circuit. April 22, 1902.) No. 141. Appeal from the District Court of the United States for the Southern District of New

York. L. B. Adams, for appellant. A. J. Rose, for appellees. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. The decree in this case is affirmed upon the opinion of the district judge (110 Fed. 669) who decided the case in the court below. We fully agree with his findings of fact and law as therein expressed, and are satisfied that the decree was in all respects correct. Affirmed, with costs.